United States Court of Appeals
Fifth Circuit

**F I L E D**

**January 31, 2007**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 05-40799
Summary Calendar
_____

UNITED STATES OF AMERICA,

                              Plaintiff-Appellee,

versus

SHARON JANE BOYETT,

                              Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 1:04-CR-115-2
--------------------

Before DAVIS, BARKSDALE, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

     The Federal Public Defender appointed to represent Sharon
Jane Boyett has moved for leave to withdraw from representation
and has filed a brief in accordance with <u>Anders v. California</u>,
386 U.S. 738 (1967).  Boyett has filed several responses.  Our
independent review of the record, counsel's brief, and Boyett's
responses shows that there are no nonfrivolous issues for appeal.
Although Boyett argues in one of her responses that her counsel
was ineffective for various reasons, the record is insufficiently
developed to allow consideration of these claims on direct

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

appeal. See United States v. Higdon, 832 F.2d 312, 313-14 (5th Cir. 1987).

Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and this appeal is DISMISSED. All other outstanding motions are DENIED. See 5TH CIR. R. 42.2.